# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TOPETE, et al., | Case No. 1:23-cv-01561-SAB |
| Plaintiffs, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| FORD MOTOR COMPANY, | (ECF No. 13) |
| Defendant. | **DEADLINE: May 23, 2024** |

Defendant removed this action to this Court on November 3, 2023.  (ECF No. 1.)  On May 2, 2024, the parties filed a joint notice of settlement.  (ECF No. 12.)  The parties proffer they expect to file a stipulation of dismissal within seventy-five days.  (Id. at 2.)

Pursuant to Local Rule 160(b), the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  Although the parties state they expect to file dispositional documents within seventy-five days, they present no specific showing of good cause for extending the time period set by the Local Rule.  The parties request that the Court vacate upcoming deadlines while performance of the settlement terms is pending and, once the terms of the settlement are completed and payment is received, then the parties will file dispositional documents.  (ECF No. 12 at 2.)  In this regard, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance but rather settlement of the action.  Accordingly, the Court shall set a deadline of twenty-one days

1

based on the filing; however, the parties may request an extension through a stipulation demonstrating good cause for the needed extension.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and

2. The parties shall file dispositional documents on or before **May 23, 2024**.

IT IS SO ORDERED.

Dated:   **May 3, 2024**

UNITED STATES MAGISTRATE JUDGE