# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TOPETE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-01561-SAB<br><br>ORDER GRANTING STIPULATION TO CONTINUE JURISDICTION OVER SETTLEMENT AND EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>**DEADLINE: June 24, 2024** |

Defendant removed this action to this Court on November 3, 2023. (ECF No. 1.) On May 2, 2024, the parties filed a joint notice of settlement. (ECF No. 12.) On May 3, 2024, an order issued requiring the parties to file dispositional document on or before May 23, 2024. (ECF No. 13.) On May 22, 2024, the parties filed a stipulation requesting that the Court continue the deadline to file dispositional documents and retain jurisdiction for an additional thirty days while the settlement is finalized. (ECF No. 14.) The parties request additional time to perform the terms of settlement, including surrendering the vehicle and payment of all sums. (Id. at 2.) The Court finds good cause exists to grant the stipulation to continue.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint stipulation is GRANTED;

2. The Court retains jurisdiction over the action for thirty (30) days from the

date of this order; and

3. The Parties shall file dispositional documents on or before **June 24, 2024.**

IT IS SO ORDERED.

Dated: **May 22, 2024**

_____
UNITED STATES MAGISTRATE JUDGE